**Order entered September 24, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-19-01398-CR
No. 05-19-01399-CR
No. 05-19-01485-CR

**DONNELL SLEDGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-56048, F17-56046, F17-5604**

**ORDER**

Before the Court are counsel's June 4, 2021 and June 21, 2021 motions for leave to withdraw as appointed counsel on appeal due to conflict of interest, as well as her September 22, 2021 supplementation to motion to withdraw due to conflict of interest.

We **GRANT** counsel's motions.

We **ABATE** this appeal and **REMAND** this case to the trial court for the purpose of appointing new appellate counsel to represent appellant in his appeal, including but not limited to filing a response to State's September 2, 2021 motion for rehearing. We further **ORDER** the trial court to inform this Court in writing, within **TWENTY** days from the date of this order, of the identity of appellate counsel and the date counsel is appointed.

We will **RESINSTATE** this appeal within **TWENTY** days from the date of this order or upon the trial court's identification of appellate counsel, whichever is sooner.

/s/    DAVID J. SCHENCK
        JUSTICE